■ In the Matter of THOMAS GRAY, Petitioner, v MELVIN L. HOLLINS, as Superintendent of Oneida Correctional Facility, Respondent. [706 NYS2d 661] —Proceeding unanimously dismissed without costs as moot (see, Matter of Free v Coombe, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Grow, J.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Scudder and Kehoe, JJ.